| | | | SPONSOR | COMMITTED | RECEIVED | BALANCE | % PAID |
|---|---|---|---|---|---|---|---|
| **EGGS EPC** | | | | | | | |
| PROJECT MGT AND CONSTRUCTION | | 216,000,000 | PHIL | 250.000 | 250.000 | 0.000 | Hans |
| | | | JAMES O | 25.000 | 0.000 | 25.000 | |
| | | | CHIZEA | 100.000 | 50.000 | 50.000 | |
| PROJECT VALUE | | 216,000,000 | PEDRO | 25.000 | 10.000 | 15.000 | |
| AGENCY FEE % | 3 | 3% | ICHAKPA | 50.000 | 15.000 | 35.000 | |
| AGENCY FEE % DUE | | 5,400,000 | ENUIKIM | 25.000 | 10.000 | 15.000 | |
| | | | OKOR | 25.000 | 10.000 | 15.000 | |
| | | | IBRAHEEN | 10.000 | 5.000 | 5.000 | |
| BANK SARADAR | 2% | 81,000 | FUNSHO | 150.000 | 150.000 | 0.000 | Hans |
| FUSION PETROLEUM | 15% | 810,000 | AYOOLA | 100.000 | 100.000 | 0.000 | Hans |
| PARTY | 1% | 1,410,000 | OLAMIDE | 10.000 | 10.000 | 0.000 | |
| | SUBTOTAL | 2,301,000 | BALOGUN | 50.000 | 50.000 | 0.000 | Hans |
| | | | SOLEYE | 30.000 | 0.000 | 30.000 | |
| RECEIVABLE | 5,400,000 | | DANKOURO | 30.000 | 25.000 | 5.000 | |
| PMTS IN | 870,623 | | GUBIO | 20.000 | 0.000 | 20.000 | |
| PCT PAID | 16.12% | | V. DANIA | 200.000 | 0.000 | 200.000 | |
| COMMIT | 4,051,000 | | TOYIN | 200.000 | 50.000 | 150.000 | |
| | | | GIBSON OKEKE | 150.000 | | 100.000 | |
| **BALANCE** | **1,349,000** | | CHARLES | 25.000 | 0.000 | 25.000 | |
| | | | LANRE | 25.000 | 0.000 | 25.000 | |
| FOGN | | | NO. 2 | 250.000 | 150.000 | 250.000 | |
| SPD | | | | | | | |
| BOD | | | | 1750.000 | 885.000 | 965.000 | 51% |
| NNPC ABJ | | | | | | | |
| NAPIMS | | | ???? 450K to South Korea ???? | | | | |
| WE HAVE HAD THIS 1% PARTY SITUATION THROWN TO US BY THE GMD AND IT IS NOT THE SAME | | | | | | | |
| AS THE VP. I AM HOPING TO RESOLVE SO WE DO NOT DOUBLE PAY BUT THIS IS ALL OF COMMITS | | | | | | | |

| | | | SPONSOR | COMMITTED | RECEIVED | BALANCE | % PAID |
|---|---|---|---|---|---|---|---|
| **EGGS COATING** | | | | | | | |
| P/L COATING | | 30,000,000 | PHIL | 50.000 | 0.000 | 50.000 | 0 |
| | | | JAMES O | 25.000 | 0.000 | 25.000 | |
| | | | CHIZEA | 100.000 | 0.000 | 100.000 | |
| PROJECT VALUE | | 30,000,000 | PEDRO | 25.000 | 0.000 | 25.000 | |
| AGENCY FEE % | 3 | 3% | ICHAKPA | 50.000 | 0.000 | 50.000 | |
| AGENCY FEE % DUE | | 900,000 | ENUIKIM | 25.000 | 0.000 | 25.000 | |
| | | | OKOR | 25.000 | 0.000 | 25.000 | |
| | | | IBRAHEEN | 10.000 | 0.000 | 10.000 | |
| BANK SARADAR | 2% | 13,500 | FUNSHO | 0.000 | 0.000 | 0.000 | |
| FUSION PETROLEUM | 15% | 135,000 | AYOOLA | 50.000 | 0.000 | 50.000 | |
| | SUBTOTAL | 148,500 | | 0.000 | 0.000 | 0.000 | |
| | | | BALOGUN | 50.000 | 15.000 | 35.000 | |
| | | | SOLEYE | 20.000 | 0.000 | 20.000 | |
| | | | DANKOURO | 50.000 | 0.000 | 50.000 | |
| | | | GUBIO | 10.000 | 0.000 | 10.000 | |
| | | | PRINCE DUMIJE | 100.000 | 0.000 | 100.000 | |
| RECEIVABLE | 900,000 | | TIMI SI | 20.000 | 2.500 | 17.500 | |
| PMTS IN | 0 | | KYARI | 10.000 | 10.000 | 0.000 | |
| PCT PAID | 0% | | TOYIN | 50.000 | 0.000 | 50.000 | |
| COMMIT | 893,500 | | VICTOR D | 50.000 | 0.000 | 50.000 | |
| **BALANCE** | **6,500** | | LANRE | 25.000 | 0.000 | 25.000 | |
| | | | | 745000 | 27.500 | 717.500 | |

WE HAD TOO MANY FIGHTS ON THIS ONE AND I MET YESTERDAY WITH OTHER GUYS ABOUT SPLITTING AS THEY CAME TO SAY CONGRATS SO IT MAY STILL BE POSSIBLE BEFORE FINAL AWARD. WE HAD TO GO TO SO MANY DUE TO THE FIGHTS AND PRINCE CAME THRU AT THE END AS THE VP BACKED DOWN.
WE WILL JOIN IT WITH THE EPC IF WE CANNOT GET A REDUCTION IN THE COMMITS.

| | | | SPONSOR | COMMITTED | RECEIVED | BALANCE | % PAID |
|---|---|---|---|---|---|---|---|
| **EPC 4A OFFSHORE** | | | | | | | |
| EPCI OFFSHORE | | 0 | GGM | 300.000 | 0.000 | 300.000 | |
| FAB, TRANS, P-L | Budget | 277,000,000 | ADEYEMO | 100.000 | 0.000 | 100.000 | |
| | | | YAKUBU | 100.000 | 0.000 | 100.000 | |
| PROJECT VALUE | | 200,000,000 | UKPAKA | 100.000 | 15.000 | 85.000 | |
| AGENCY FEE % | 3 | 3% | KATE | 75.000 | 0.000 | 75.000 | |
| AGENCY FEE % DUE | | 6,000,000 | IBE | 50.000 | 0.000 | 50.000 | |
| | | | DALA | 50.000 | 0.000 | 50.000 | |
| | | | IBRAHEEN | 10.000 | 0.000 | 10.000 | |
| BANK SARADAR | 2% | 90,000 | FUNSHO | 300.000 | 0.000 | 300.000 | |
| FUSION PETROLEUM | 15% | 900,000 | AYOOLA | 250.000 | 0.000 | 250.000 | |
| PARTY | 1% | 1,750,000 | OLAMIDE | 10.000 | 0.000 | 10.000 | |
| | SUBTOTAL | 2,740,000 | BALOGUN | 50.000 | 0.000 | 50.000 | |
| | | | SOLEYE | 30.000 | 0.000 | 30.000 | |
| | | | DANKOURO | 50.000 | 0.000 | 50.000 | |
| | | | GUBIO | 30.000 | 0.000 | 30.000 | |
| RECEIVABLE | 6,000,000 | | PM | 50.000 | 0.000 | 50.000 | |
| PMTS IN | 0.000 | | PL | 25.000 | 0.000 | 25.000 | |
| PCT PAID | 0% | | NO. 2 | 250.000 | 0.000 | 250.000 | |
| COMMIT | 5,770,000 | | Ndarake | 1000.000 | 45.000 | 955.000 | |
| **BALANCE** | **230,000** | | Chris | 200.000 | 100.000 | 100.000 | |
| | | | | 3030.000 | 160.000 | 2870.000 | |

TOTAL ON THE TABLE - CAN GET BETTER BUT NOT WORST EXCEPT I DID NOT PROVIDE FOR SPG WHICH I WOULD THINK SHOULD BE NO MORE THAN 50-100K.
THE ONLY ONE WE WANT TO CONTRIBUTE ON A TIMELY BASIS IS THE PARTY.

|  |  |  | SPONSOR | COMMITTED | RECEIVED | BALANCE | % PAID |
|---|---|---|---|---|---|---|---|
| **VARIOUS PROJECTS** |  |  |  |  |  |  |  |
| ASASA/ASABO |  | 12,000,000 | owolabi | 25.000 | 0.000 | 25.000 |  |
| ADDAX SHALLOW PLATFORMS |  | 20,000,000 | c ugwu | 25.000 | 15.000 | 10.000 |  |
| SPDC DREDGING |  | **17,000,000** | ibraheen | 5.000 | 0.000 | 5.000 |  |
| CHEVRON T&I |  | **18,000,000** | ukpong | 25.000 | 0.000 | 25.000 |  |
|  | SUBTOTAL | 67,000,000 | solomon | 20.000 | 15.000 | 5.000 |  |
|  |  |  | ekanem | 10.000 | 0.000 | 10.000 |  |
| PROJECT VALUE |  | 67,000,000 | smart | 25.000 | 0.000 | 25.000 |  |
| AGENCY FEE % | 3 | 3% | gbugu | 20.000 | 0.000 | 20.000 |  |
| AGENCY FEE % DUE |  | 2,010,000 | skinn | 10.000 | 0.000 | 10.000 |  |
|  |  |  | dele | 10.000 | 0.000 | 10.000 |  |
|  |  |  | M NWOGU | 50.000 | 40.000 | 10.000 |  |
| BANK SARADAR | 2% | 30,150 | P OBI | 25.000 | 0.000 | 25.000 |  |
| FUSION PETROLEUM | 15% | 301,500 | **GGM CRIS** | 200.000 | 50.000 | 150.000 |  |
|  |  |  | **OLAMIDE** | 25.000 | 0.000 | 25.000 |  |
|  |  |  | **OWOLABI** | 25.000 | 0.000 | 25.000 |  |
|  |  |  | **BALOGUN** | 25.000 | 0.000 | 25.000 |  |
| RECEIVABLE | 2,010,000 |  |  |  |  |  |  |
| PMTS IN | 0.000 |  |  |  |  |  |  |
| PCT PAID | 0% |  |  |  |  |  |  |
| COMMIT | 856,650 |  |  |  |  |  |  |
| **BALANCE** | **1,153,350** |  |  |  |  |  |  |
|  |  |  |  | 525.000 | 120.000 | 405.000 |  |
| **I WOULD LIKE TO SETTLE A MAJORITY OF THESE COMMITS BEFORE THE BIG PROJECTS REALLY** |  |  |  |  |  |  |  |
| **GET GOING TO AVOID ANY CONFUSION AND ACCOUNTING RED TAPE. HALF OF THESE PROJECTS HAVE** |  |  |  |  |  |  |  |
| **NOT COMMENCED BUT WHEN THEY DO LETS SETTLE.** |  |  |  |  |  |  |  |

WGI 10482393